**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DEENA INDIVIGLIO, individually and on behalf
of all others similarly situated,

                      Plaintiff,

      -against-                                       22 **CIVIL** 9545 (VB)

                                                              **JUDGMENT**

B&G FOODS, INC.,

                    Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 29, 2023, Defendants' motion to dismiss is GRANTED.  Plaintiff's request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 29, 2023

                                                     **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:**    *K. Mango*

                                                        **Deputy Clerk**